UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>WERNER ENTERPRISES, INC.,<br><br>    Defendant. | Case No. 15-cv-02978-RS<br><br>**ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *Russell v. Werner Enterprises, Inc.*, 14-cv-03839-PJH.

**IT IS SO ORDERED.**

Dated: June 29, 2015

_____
RICHARD SEEBORG
United States District Judge