IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

WILLIAM SMITH, on behalf of   )
himself and all others        )
similarly situated, and on    )
behalf of the general public, )
                              )
            Plaintiff,        )            8:15CV287
                              )
        v.                    )
                              )
WERNER ENTERPRISES, INC.,     )            ORDER
d/b/a C.L. WERNER, INC., a    )
corporation, and DOES 1-100,  )
inclusive,                    )
                              )
            Defendants.       )
_____)


        This matter is before the Court on the motion to permit

substitution of counsel for defendant Werner Enterprises, Inc.

(Filing No. 26).  The Court finds the motion should be granted.

Accordingly,

        IT IS ORDERED:

        1) The motion is granted.  Joseph E. Jones, Kathryn A.

Dittrick, and Elizabeth A. Culhane with the law firm of Fraser

Stryker PC LLO are substituted as counsel of record for defendant

Werner Enterprises, Inc.

        2) John K. Lilly, Scott Lidman and Ian Mahler with the

law firm of Littler, Mendelson, P.C., are granted leave to

withdraw as counsel for Werner.

3) The clerk of court shall remove the names of John K. Lilly, Scott Lidman and Ian Mahler from CM/ECF.

DATED this 6th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

-2-