IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SMITH, on behalf of himself and all others similarly situated, and on behalf of the general public, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:15CV287 |
| v. | ) ) | |
| WERNER ENTERPRISES, INC., d/b/a C.L. WERNER, INC., a corporation, and DOES 1-100, inclusive, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion to extend Rule 26(f) planning conference report deadline (Filing No. 33). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED the motion is granted; the parties shall have until November 30, 2015, to file their planning conference report.

DATED this 16th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court