IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EZEQUIEL OLIVARES ABARCA, individually and on behalf of all those similarly situated; ALFREDO ALESNAJR., individually and on behalf of all those similarly situated; DAVID CAGLE, individually and on behalf of all those similarly situated; STEPHEN L. DAVIS, individually and on behalf of all those similarly situated; FRANK EADS, individually and on behalf of all those similarly situated; and KENNETH J. SURMAN, individually and on behalf of all those similarly situated,<br><br>           Plaintiffs,<br>   vs.<br><br>WERNER ENTERPRISES, INC., DOES 1-100, inclusive; and DRIVERS MANAGEMENT, LLC,<br><br>           Defendants.<br>_____<br><br>WILLIAM SMITH, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>           Plaintiffs,<br>   v.<br><br>WERNER ENTERPRISES, INC., et al.,<br><br>           Defendants.<br>_____<br><br>BRIAN VESTER and JOEL MORALES, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>   v. | **8:14CV319**<br>**(Lead Case)**<br><br>**ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**8:15CV287**<br>**(Member Case)** |

| | |
|---|---|
| WERNER ENTERPRISES, INC., et al.,<br><br>Defendants. | 8:17CV145<br>(Member Case) |

The parties have notified the Court they have settled these cases. Accordingly,

IT IS ORDERED:

1. On or before December 15, 2025, the parties shall file a joint proposal for preliminary approval of the settlement in accordance with Federal Rule of Civil Procedure 23(e).

2. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 14th day of October, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge